IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHE WU HUNG, Derivatively on behalf of COMPUTER SCIENCES CORPORATION,<br>    Plaintiff,<br><br>    v.<br><br>MICHAEL W. LAPHEN, MICHAEL J. MANCUSO, DAVID J. BARRAM, STEPHEN L. BAUM, ERIK BRYN-JOLFSSON, RODNEY F. CHASE, THOMAS H. PATRICK,<br>    Defendants, and,<br><br>COMPUTER SCIENCES CORPORATION,<br>    Nominal Defendant. | Case No. 1:11cv1144 |

## ORDER

The matter came before the Court on the motion to remand and award costs and expenses of plaintiff Che Wu Hung ("Hung"), who has filed a derivative action on behalf of Computer Sciences Corporation. On December 15, 2011, during oral argument on the remand motion, counsel for Hung orally moved to dismiss voluntarily the instant complaint in its entirety pursuant to Rule 41(a), Fed. R. Civ. P.

For the reasons stated from the bench, and for good cause,

It is hereby **ORDERED** that plaintiff's oral motion to dismiss voluntarily pursuant to Rule 41(a), Fed. R. Civ. P., is **GRANTED**. It is further **ORDERED** that the complaint (Doc. 1, Ex. A) is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that plaintiff's motion to remand and award costs and expenses (Doc. 12) is **DENIED AS MOOT**.

The Clerk is directed to send a copy of this Order to all counsel of record and to place this matter among the ended causes.

Alexandria, Virginia
December 15, 2011

/s/
T. S. Ellis, III
United States District Judge